appellant. *Assistant Solicitor General Cox* and *Mr. Daniel W. Knowlton* for appellees.

No. 225.   BEMIS *v.* HUMBLE OIL & REFINING CO. ET AL.

October 8, 1945.   *Per Curiam:* The appeal is dismissed for want of jurisdiction.   § 237 (a), Judicial Code, as amended, 28 U. S. C. § 344 (a); *Charleston Assn.* v. *Alderson,* 324 U. S. 182, 185, and cases cited.   Treating the papers whereon the appeal was allowed as a petition for writ of certiorari, as required by § 237 (c) of the Judicial Code, as amended, 28 U. S. C. § 344 (c), certiorari is denied.   *Mr. Edward S. Boyles* for appellant.   *Messrs. R. E. Seagler* and *Fred V. Hughes* for appellees.

No. 267.   STROBEL *v.* MULCAHY, SHERIFF.

October 8, 1945.   *Per Curiam:* The appeal is dismissed for want of jurisdiction. § 237 (a), Judicial Code, as amended, 28 U. S. C. § 344 (a); *Charleston Assn.* v. *Alderson,* 324 U. S. 182, 185, and cases cited.   Treating the papers whereon the appeal was allowed as a petition for writ of certiorari, as required by § 237 (c) of the Judicial Code, as amended, 28 U. S. C. § 344 (c), certiorari is denied.   *Mr. Wm. Scott Stewart* for appellant.

No. 284.   DELAVAN HOME & LAND CO., INC. *v.* COUNTY OF ERIE.

October 8, 1945.   *Per Curiam:* The appeal is dismissed for want of a substantial federal question. *Winona & St. Peter Land Co.* v. *Minnesota,* 159 U. S. 526; *Anderson National Bank* v. *Luckett,* 321 U. S. 233, 243,